FRIEMOTH, ADMR., APPELLANT, *v.* FRUEHAUF TRAILER CORPORATION ET AL.; TRAVELERS INDEMNITY COMPANY, APPELLEE.

[Cite as *Friemoth v. Fruehauf Trailer Corp.* (2002), 94 Ohio St.3d 1252.]

(Nos. 01–810 and 01–811—Submitted February 27, 2002—Decided April 3, 2002.)

The cause is dismissed, *sua sponte*, as having been improvidently allowed in case No. 01–810.

The certification of conflict in case No. 01–811 is dismissed, *sua sponte*, as having been improvidently certified; there is a want of a conflict.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would affirm the judgment of the court of appeals.

*Gallon & Takacs Co., L.P.A.,* and *Kevin J. Boissoneault,* for appellant.

*Benesch, Friedlander, Coplan & Aronoff LLP, David W. Mellott, Edward J. Stoll, Jr.,* and *Mark D. Tucker,* for appellee.